UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A03-0180--CV (JWS)
"EYAK PRESERVATION COUNCIL ET AL V U.S. FOREST"

Including terminated parties, excluding terminated counsel

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 08/12/03
           Closed: 05/05/04

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (893) Environmental Matters
                  VIOLATION POF ADMIN PROCEDURE ACT
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $150.00 on 03/12/03 receipt # 00121037
         Trial by:
```

Parties of Record:                                   Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | EYAK PRESERVATION COUNCIL | Valerie L. Brown<br>Trustees for Alaska<br>1026 W. 4th Avenue, Suite 201<br>Anchorage, AK 99501<br>907-276-4244<br>FAX 907-276-7110 |
| PLF 2.1 | ALASKA CENTER FOR THE ENVIRONMENT | Valerie L. Brown<br>(see above) |
| PLF 3.1 | CASCADIA WILDLANDS PROJECT | Valerie L. Brown<br>(see above) |
| PLF 4.1 | NATIONAL WILDLIFE FEDERATION | James W. Adams<br>National Wildlife Federation<br>750 W. 2nd Avenue, Suite 200<br>Anchorage, AK 99501<br>907-258-4802<br>FAX 907-258-4811 |
| PLF 5.1 | WILDERNESS SOCIETY | Valerie L. Brown<br>(see above) |
| DEF 1.1 | U.S. FOREST SERVICE | Bruce M. Landon<br>U.S. Department of Justice<br>801 B Street, Suite 504<br>Anchorage, AK 99501-3657<br>907-271-5452 |
| DII 1.1 | CHUGACH ALASKA CORP | Philip Blumstein<br>Landye Bennett et al<br>701 W. 8th Avenue, Suite 1200<br>Anchorage, AK 99501<br>907-276-5152<br>FAX 907-276-8433 |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A03-0180--CV (JWS)
                   "EYAK PRESERVATION COUNCIL ET AL V U.S. FOREST"

                                    For all filing dates
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 08/12/03
            Closed: 05/05/04

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (893) Environmental Matters
                    VIOLATION POF ADMIN PROCEDURE ACT
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 03/12/03 receipt # 00121037
          Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 08/12/03 | Complaint w/att exh filed. |
| 2 - 1 | 10/14/03 | DEF 1 Answer to Complaint. |
| 3 - 1 | 10/16/03 | JWS Order for S&P conf: cnsl to confer w/i 21 days and w/i 28 days from date of ord jointly file rpt re: S&P conf. cc: cnsl |
| NOTE - 1 | 10/22/03 | Issued: summons on J. Ashcroft, T. Burgess and D. Bosworth. |
| 4 - 1 | 10/24/03 | DII 1 motion to intervene as a defendant w/att memo and prop ans. |
| 5 - 1 | 11/07/03 | PLF 1-5 Unopposed motion for extension of time until 11/17/03 to file opposition to motion to intervene. |
| 5 - 2 | 11/07/03 | Order granting unoppo mot for ext of time until 11/17/03 to file oppo to mot to intervene (5-1). cc: cnsl |
| 6 - 1 | 11/13/03 | PLF 1-5; DEF 1 Report of planning meeting. |
| 7 - 1 | 11/17/03 | JWS Minute Order accepting rpt at dkt 6; case to proceed as outlined at dkt 6. cc: cnsl |
| 8 - 1 | 11/17/03 | PLF 1-5 part oppo to ZZZ 1 mot to intervene as a def (4-1). |
| 9 - 1 | 11/19/03 | DEF 1 Notice of Lodging Administrative Record (located in 2 boxes on shelf above file) |
| 10 - 1 | 11/21/03 | DII 1 reply to opposition to ZZZ 1 motion to intervene as a defendant (4-1). |
| 11 - 1 | 12/01/03 | PLF 1-5 Return of Service Executed re: US Attorney General 10/28/03. |
| 12 - 1 | 12/01/03 | PLF 1-5 Return of Service Executed re: US Attorney on 10/23/03. |
| 13 - 1 | 12/01/03 | PLF 1-5 Return of Service Executed re: DEF 1. |
| 14 - 1 | 12/09/03 | JWS Order granting motion to intervene as a defendant (4-1). cc: cnsl |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A03-0180--CV (JWS)
                         "EYAK PRESERVATION COUNCIL ET AL V U.S. FOREST"

                                      For all filing dates
```

```
Document #    Filed     Docket text

   15 -   1   12/09/03  DII 1 Answer to Complaint.

   16 -   1   01/28/04  PLF 1-3; 5 Unopposed motion for extention of time to 02/06/04 to file
                        motion for summary judgment.

   17 -   1   02/02/04  JWS Order granting unopposed mot for ext of time to 02/06/04 to file mot
                        for sj (16-1).  cc: cnsl

   18 -   1   02/06/04  PLF 1-5 motion for summary judgment w/att memo & exhs.

   19 -   1   02/11/04  PLF 1-5 Notice of filing orignal signed affidavit's of G. Scott,
                        R.Virgin, D.Grimes, G. Lankard and N. Whittington-Evans re: PLF 1-5
                        motion for summary judgment (18-1) w/att affs.

   20 -   1   02/25/04  PLF 1-5 Notice of filing orig signed affs of Johnson and second
                        declaration of G. Scott re: PLF 1-5 motion for summary judgment (18-1)
                        w/att aff and declaration.

   21 -   1   02/27/04  DEF 1 Unopposed motion for extension of time until 3/5/04 for federal
                        and intervenor defendants to file oppositions to plaintiffs' motion for
                        summary judgment.

   21 -   2   03/01/04  Order granting unoppo mot for ext of time until 3/5/04 for federal and
                        intervenor defs to file oppos to plfs' mot for sj (21-1). cc: cnsl

   22 -   1   03/05/04  DII 1 motion to amend briefing schedule.

   23 -   1   03/08/04  DEF 1 opposition to PLF 1-5 motion for summary judgment (18-1).

   24 -   1   03/08/04  DII 1 opposition to PLF 1-5 motion for summary judgment (18-1) w/att
                        exh.

   25 -   1   03/09/04  JWS Order granting motion to amend briefing schedule (22-1); DEF 1 and
                        DII 1 oppos due 3/8/04 and plfs reply due 3/23/04. cc: cnsl

   26 -   1   03/19/04  DEF 1 motion for extension of time until 3/30/04 to request oral
                        argument

   27 -   1   03/22/04  PLF 1-5 Unopposed motion for extension of time until 3/26/04 to file
                        reply to motion for summary judgment.

   27 -   2   03/23/04  Order granting unoppo mot for ext of time until 3/26/04 to file reply to
                        mot for sj (27-1). cc: cnsl

   28 -   1   03/25/04  JWS Minute Order granting mot for ext of time until 3/30/04 to request
                        o/a (26-1). cc: cnsl

   29 -   1   03/26/04  PLF 1-5 reply to opposition to PLF 1-5 motion for summary judgment
                        (18-1) w/att exhs.

   30 -   1   03/26/04  PLF 1-5 Request for Oral Argument re: PLF 1-5 motion for summary
                        judgment (18-1).

   31 -   1   05/03/04  JWS Order denying motion for summary judgment (18-1); oppos at dkts 23
                        and 24 treated as cross-mots for sj and so construed are granted. cc:
                        cnsl
```

```
┌─────────────────────────────────────────────────────────────────────┐
│           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA   │
│              CIVIL DOCKET ENTRIES FOR CASE A03-0180--CV (JWS)       │
│              "EYAK PRESERVATION COUNCIL ET AL V U.S. FOREST"        │
├─────────────────────────────────────────────────────────────────────┤
│                         For all filing dates                         │
└─────────────────────────────────────────────────────────────────────┘
```

| Document # | Filed | Docket text |
|---|---|---|
| 32 - 1 | 05/05/04 | JWS Judgment that case is dism. cc: cnsl, O&J 11674 |